UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLF L001,

                Plaintiff,

-against-

LYFT, INC. and DOES 1–50, inclusive,

                Defendants.

25-CV-8206 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has been notified that a motion to transfer the above-captioned matter has been filed before the United States Judicial Panel on Multidistrict Litigation. The parties are DIRECTED to submit a letter within one week of any ruling on that motion to transfer. Until that time, this case is STAYED, including with respect to the Court's previous order directing Plaintiff to file a motion to proceed anonymously.

Dated: October 8, 2025
      New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge