UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLF L001, an individual,<br><br>       Plaintiff,<br><br>       -against-<br><br>LYFT, INC., a Delaware Corporation, and DOES 1-50, inclusive,<br><br>       Defendant. | Case No.: 7:25-cv-8206 |

## [PROPOSED] ORDER

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that all operative deadlines for the filing of any responsive pleadings shall be extended by fifteen days from the date on which the United States Judicial Panel on Multidistrict Litigation issues its ruling on the pending motion to transfer this matter.

DATED: __December 4__, 2025

SO ORDERED.

_Jessica Clarke_____

JESSICA G. L. CLARKE
United States District Judge

1